IN RE: Molly Darlene McKAY,
Arkansas Bar # 93040

04-478                                                    182 S.W.3d 495

Supreme Court of Arkansas
Delivered May 13, 2004

PER CURIAM. Upon recommendation of the Supreme Court Committee on Professional Conduct, we hereby accept the voluntary surrender of the law license of Molly Darlene McKay of Tulsa, Oklahoma, to practice law in the State of Arkansas. Ms. McKay's name shall be removed from the registry of licensed attorneys, and she is barred and enjoined from engaging in the practice of law in this state.

It is so ordered.

IN RE: Rodney P. OWENS,
Arkansas Bar No. 861138

04-549

Supreme Court of Arkansas
Delivered May 27, 2004

PER CURIAM. Upon recommendation of the Supreme Court Committee on Professional Conduct, we hereby accept the voluntary surrender of the law license of Rodney P. Owens of Bentonville, Arkansas, to practice law in the State of Arkansas. Mr. Owens's name shall be removed from the registry of licensed attorneys, and he is barred and enjoined from engaging in the practice of law in this state.

It is so ordered.